**FILED**

JAN **2 9** 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| RASHAWN GALLOWAY, | ) | **4:25CR21-JAR/SPM** |
| | ) | |
| Defendant. | ) | |

## MOTION FOR PRE-TRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nicholas H. Lake, Assistant United States Attorney for said District, and moves the Court to order Defendant Rashawn Galloway detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is charged with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The investigation by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) has shown that on October 7, 2024, members of the U.S. Marshals Service, Great Lakes Regional Fugitive Task Force (USMS-GLFTF) responded to 4315 Marcus Ave, St. Louis, MO 63115, to conduct an arrest warrant operation for Defendant. The Defendant was wanted for federal supervised release violations and was a suspect in multiple shootings in St. Charles, Missouri and Alton, Illinois. Upon arrival, the team established a perimeter and announced their presence. The front door was eventually breached due to movement in the house and a lack of compliance from

the people inside. After the breach, the Defendant was observed inside the residence. Defendant complied with orders to exit the residence and he was arrested without incident. An additional male subject was removed from the residence and detained while the team conducted a protective sweep. During the sweep of the residence, a Stoeger, Model STR-9C 9mm pistol, and an extended magazine containing twenty-seven rounds of 9mm ammunition, was observed laying on a table in plain view in the front right bedroom of the residence. It should be noted, medication and clothing belonging to Defendant was also located inside the bedroom. Further, Defendant later requested his prescription inhaler and advised it was inside the same bedroom. Subsequent lab testing resulted in Defendant's DNA being found on the trigger and grip of the firearm. Defendant is a convicted felon.

2. Based on the statutory factors in 18 U.S.C. § 3142(g), detention is appropriate in this case. Pursuant to Section 3142(g)(1), the nature and circumstances of this case are that Defendant has been charged with a dangerous offense, to wit: an offense involving a firearm. Furthermore, the firearm was found alongside an extended magazine, loaded with twenty-seven (27) rounds of ammunition.



Pursuant to Section 3142(g)(2), the weight of the evidence against the Defendant, as summarized above, is strong. The firearm at issue in this case was recovered from a bedroom Defendant occupied inside the residence. Further, the Defendant's DNA was later found on the firearm. Pursuant to Section 3142(g)(3)(A), Defendant has a troubling criminal history comprised of convictions for violent offenses as well as multiple drug and weapons-based offenses.[1] In fact, pursuant to 3142(g)(3)(B), it appears the Defendant committed the instant offense while on federal supervised release under case number 3:20-CR-30041 SMY.[2]

Given the facts of the instant case and the strength of the evidence, coupled with Defendant's criminal history, Defendant's pretrial detention is necessary to ensure the safety of the community and Defendant's appearance at future proceedings.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

/s/ Nicholas H. Lake
NICHOLAS H. LAKE #71049MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

---

[1] Defendant's priors include convictions in the Nassau County Superior Court, in Mineola, NY, for Robbery First Degree, Criminal Possession of a Controlled Substance, and Criminal Possession of a Weapon in the Second and Third Degrees.

[2] In February 2021, Defendant was convicted of being a Felon in Possession of a Firearm in the United States District Court, Southern District of Illinois. He was sentenced to a term of imprisonment for 71 months, followed by 36 months of supervision.